AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____ Massachusetts _____

CRAIG DAVIS, as parent and natural guardian of
ANDREW DAVIS,

V.

CATAMOUNT DEVELOPMENT CORP.,
CATAMOUNT DEVELOPMENT CORP.,
d/b/a CATAMOUNT SKI AREA

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

05 - 30011 - MAP

TO: (Name and address of Defendant)

Catamount Development Corp., d/b/a Catamount Ski Area
Nichols Road
South Egremont, MA 01258

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Charles J. Ferris, Esquire
500 Main Street
Great Barrington, MA 01230
(413) 528-8900

an answer to the complaint which is served on you with this summons, within _____ twenty (20) _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                                        1/18/05
_____                _____
CLERK                                               DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

**Berkshire County Sheriff's Office • Judicial Process Division**

467 Cheshire Rd. • Pittsfield, MA 01201 • (413) 443-6841     January 28, 2005

I hereby certify and return that on 1/27/2005 at 1:00PM I served a true and attested copy of the Summons & Complaint in this action in the following manner: To wit, by delivering in hand to William Gilbert, Catamount Development Corp., d/b/a Catamount Ski Area, at Nichols Road, Route 23, South Egremont, MA 01258 Attestation ($5.00), Conveyance ($4.50), Copies ($1.00), Postage & Handling ($1.00), Service Fee ($30.00), Travel ($22.40) Total Charges $63.90

Deputy Sheriff, Carl M. Seiger

_____
Deputy Sheriff

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  | $0.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
            Date                 Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.