UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

FILED
CLERK'S OFFICE

U.S. DISTRICT COURT
DISTRICT OF MASS.

```
* * * * * * * * * * * * * * *
                              *
CRAIG DAVIS, as parent and    *
natural guardian of           *
ANDREW DAVIS,                  *
    Plaintiff,                 *
                              *
vs.                           *         CIVIL ACTION
                              *         No. 05-30011-MAP
CATAMOUNT DEVELOPMENT CORP.,  *
CATAMOUNT DEVELOPMENT CORP.   *
d/b/a CATAMOUNT SKI AREA,     *
    Defendants.               *
                              *
                              *
* * * * * * * * * * * * * * *
```

## NOTICE OF APPEARANCE

Pursuant to Fed. R. Civ. P. 11, please enter my appearance as counsel of record for the defendants, Catamount Development Corp. and Catamount Development Corp. d/b/a Catamount Ski Area, in the above-captioned matter.

William L. Keville, Jr.
BBO #546525
MELICK, PORTER & SHEA, LLP
28 State Street
Boston, MA  02109-1775
(617) 523-6200

Date:   2-16-05

I hereby certify that I have made service of the foregoing document in accordance with the provisions of Fed. R. Civ. P. 5.