UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

```
* * * * * * * * * * * * * * *
                              *
CRAIG DAVIS, as parent and    *
natural guardian of           *
ANDREW DAVIS,                 *
     Plaintiff,               *
                              *
vs.                           *    CIVIL ACTION
                              *    No. 05-30011-MAP
CATAMOUNT DEVELOPMENT CORP.,  *
CATAMOUNT DEVELOPMENT CORP.   *
d/b/a CATAMOUNT SKI AREA,     *
     Defendants.              *
                              *
                              *
* * * * * * * * * * * * * * *
```

**STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

The parties in the above-captioned matter hereby agree that the time within which the defendants may respond to the plaintiff's complaint has been extended up to and including March 16, 2005.

The Defendants,
By their attorneys,

*William L. Keville Jr.*
William L. Keville, Jr.
BBO #546525
MELICK, PORTER & SHEA, LLP
28 State Street
Boston, MA 02109-1775
(617) 523-6200

ASSENTED TO:

*Charles Ferris*
Charles Ferris
Plaintiff's attorney

Date: 3-2-05