UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

```
* * * * * * * * * * * * * * *
                              *
                              *
CRAIG DAVIS, as parent and    *
natural guardian of           *
ANDREW DAVIS,                 *
Plaintiff,                    *
                              *
vs.                           *     CIVIL ACTION
                              *     No. 05-30011-MAP
CATAMOUNT DEVELOPMENT CORP.,  *
CATAMOUNT DEVELOPMENT CORP.   *
d/b/a CATAMOUNT SKI AREA,     *
Defendants.                   *
                              *
                              *
* * * * * * * * * * * * * * *
```

## **LOCAL RULE 16.1(D)(3) CERTIFICATION**

Defendant's counsel and Catamount Development Corp. hereby certify that, pursuant to Local Rule 16.1(D)(3), they have conferred:

(a)     with a view to establishing a budget for the costs of conducting the full course, and various alternative courses, of the litigation; and

(b)     to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

DEFENDANT,
Catamount Development Corp.

By its attorneys,                          By  an authorized represen-
                                           tative,


/s/ William L. Keville, Jr.               /s/ William Gilbert
_____                  _____
William L. Keville, Jr.,                  William Gilbert
BBO #546525                               President
Margaret M. Carleen
BBO # 655141
MELICK, PORTER & SHEA, LLP
28 State Street
Boston, MA 02109-1775
(617) 523-6200