UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRAIG DAVIS, as parent and natural )
guardian of ANDREW DAVIS, )
               Plaintiff )
               )
   v. )   Civil Action No. 05-30011-MAP
               )
               )
CATAMOUNT DEVELOPMENT CORP.,)
CATAMOUNT DEVELOPMENT CORP.,)
d/b/a CATAMOUNT SKI AREA, )
             Defendants )

SCHEDULING ORDER
April 27, 2005

NEIMAN, U.S.M.J.

The following schedule was established at the initial scheduling conference this day:

   1.   All written discovery shall be completed by November 30, 2005.

   2.   Non-expert depositions shall be completed by December 30, 2005.

   3.   Counsel shall appear for a case management conference on January 9, 2006, at 2:00 p.m. in Courtroom Three.

   4.   Plaintiff shall designate and disclose information regarding his trial experts as required by FED. R. CIV. P. 26(a)(2) by February 15, 2006.

   5.   Defendants shall designate and disclose information regarding their trial experts as required by FED. R. CIV. P. 26(a)(2) by March 30, 2006.

   6.   All expert depositions shall be completed by May 15, 2006.

IT IS SO ORDERED.

DATED: April 27, 2005

                /s/ Kenneth P. Neiman
                KENNETH P. NEIMAN
                U.S. Magistrate Judge