UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CRAIG DAVIS, as parent and natural )<br>guardian of ANDREW DAVIS, )<br>                  Plaintiff )<br>)<br>v.                                  )<br>)<br>)<br>CATAMOUNT DEVELOPMENT CORP.,)<br>CATAMOUNT DEVELOPMENT CORP.,)<br>d/b/a CATAMOUNT SKI AREA, )<br>                  Defendants ) | Civil Action No. 05-30011-MAP |

REVISED SCHEDULING ORDER
November 22, 2005

NEIMAN, U.S.M.J.

The court hereby ALLOWS the Joint Motion to Amend Scheduling Order (Document No. 13) and revises the schedule as follows:

1.    All written discovery shall be completed by January 30, 2006.

2.    Non-expert depositions shall be completed by March 2, 2006.

3.    Counsel shall appear for a case management conference on March 6, 2006, at 10:30 a.m. in Courtroom Three. The January 9, 2006 conference is canceled.

4.    Plaintiff shall designate and disclose information regarding his trial experts as required by FED. R. CIV. P. 26(a)(2) by April 14, 2006.

5.    Defendants shall designate and disclose information regarding their trial experts as required by FED. R. CIV. P. 26(a)(2) by May 30, 2006.

6. All expert depositions shall be completed by July 15, 2006.

THERE SHALL BE NO FURTHER EXTENSIONS.

IT IS SO ORDERED.

DATED: November 22, 2005

      /s/ Kenneth P. Neiman
KENNETH P. NEIMAN
U.S. Magistrate Judge