UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CRAIG DAVIS, as parent and natural guardian of ANDREW DAVIS,<br>                     Plaintiff,<br>-against-<br>CATAMOUNT DEVELOPMENT CORP.,<br>CATAMOUNT DEVELOPMENT CORP,<br>d/b/a CATAMOUNT SKI AREA,<br>                     Defendants. | CIVIL ACTION<br>No. 05-30011-MAP |

## PLAINTIFF'S CASE MANAGEMENT STATEMENT
### March 6, 2006

A. Plaintiff's Discovery Motions To Be Filed

    1. Motion to Compel further answers to deposition questions

    At the deposition of William Gilbert held on February 27, 2006 Defendant's Counsel instructed William Gilbert, the general manager and part owner not to answer questions relating to his bias, motive and interest in the outcome of the litigation. Plaintiff intends to seek a court order compelling answers to the appropriate questions.

    2. Motion to Compel Production of Accident Reports

    At the deposition of Catamount Ski Area's custodian of Documents it was revealed that accident reports of other documents since December 1, 2003 had not been produced in response to the subpoena duces tecum. Plaintiff intends to seek a court order compelling production of other accident reports.

    3. Motion to Compel Production of Photographs of Accident Site

    Defendant is in possession of photographs of the accident site. Some photographs were taken by a corporate employee shortly after the accident, and others were taken in the summer of 2004. Defendant has claimed these photographs are "privileged". They were not produced

in response to the subpoena duces tecum, and no protective order was sought. In any event Plaintiff believes these photographs are relevant and are subject to production. Plaintiff intends to file a motion to compel production of the photographs.

### B. Discovery Problems/Issues

1. Delayed production of list of potential witnesses

Plaintiff requested in May, 2005 that Defendant produce any list of children participating in the Youth Racing Program that were there on the date of the accident (Plaintiff was in a Youth Racing Program Class when he was injured). Plaintiff asked William Gilbert the Catamount General Manager if there was a list of children who participated in the Youth Racing Program and he stated no such list existed. At the deposition of the Head of the Racing Program a list of approximately 100 children who participated in the program was produced (nearly 9 months after it was requested). Plaintiff will need time to contact potential witnesses.

2. Further depositions - Plaintiff would like to take the deposition of Richard Edwards, Catamount Vice President, who was identified at the February 27, 2006 deposition of William Gilbert as the person who took photographs of the accident site shortly after the accident. Plaintiff would also like to reserve the right to seek depositions of potential witnesses culled from the names of the participants in the Youth Racing Program.

2. Failure to produce email

Although Catamount has computers and uses email, no email was produced in response to the discovery requests. Plaintiff is concerned that Defendant may not have made this email available to their defense counsel for the purpose of seeking responsive documents. Although Plaintiff has no information supporting the existence of responsive documents in the Defendant's email, Plaintiff's counsel would like to discuss this issue at the case management conference.

### C. Potential Witnesses Re: Condition of Fence Post Prior to Accident

Defendant has not identified any witness in response to interrogatories or in response to the 30(b)6 deposition with actual knowledge of the condition of the fence post that Plaintiff collided with, prior to the accident, other than William Gilbert. Defendant should be precluded from submitting any surprise witnesses on this issue at trial.

March 6, 2006

Respectfully Submitted,
Craig Davis, as parent of Andrew Davis, Plaintiff
by his attorney,

_____
Charles J. Ferris
500 Main Street
Great Barrington, MA 01230
413 528-8900
413-528-9132 facsimile
BBO # 565630

## Page 45

correct?
A. Correct.
Q. Okay. Have you retained an expert to view the accident site?
  MS. CARLEEN: Objection.
  THE WITNESS: That's me. No, I have not.
Q. (BY MR. FERRIS) So at the current time, neither Catamount nor its attorneys have retained a ski industry expert to participate in this litigation?
A. That's correct.
  MS. CARLEEN: Objection.
Q. (BY MR. FERRIS) Now, what is your experience in the ski industry, Mr. Gilbert?
  MS. CARLEEN: Object to the form.
  THE WITNESS: I took over a small ski area in Carmel, New York called Fahnestock Ski Area, F-A-H-N-E-S-T-O-C-K, in 1955. And then went on to two more ski areas. Built one.
Q. (BY MR. FERRIS) Which one did you build?
A. Sterling Forest. And then in 1973 took over Catamount.

## Page 46

Q. And when you say in 1973 you took over Catamount, did you purchase Catamount?
A. That's correct.
Q. Did Sterling Forest close?
A. We sold Sterling Forest --
Q. Okay.
A. -- back in 1970. And we gave up operating the other two about the same time.
Q. The other two? I have Fahnestock. What's the other one?
A. Silvermine.
Q. Where was Silvermine?
A. Bear Mountain, New York.
Q. Okay. And when you say we, do you have some partners that have been involved in these ventures with you?
A. Don Edwards is my partner.
Q. Is he a co-owner of Catamount?
A. Yes.
Q. And --
A. Richard is his son.
Q. Yes. I understand that. Is Richard Edwards a co-owner as well?
A. Yes.

DAVIS & MITCHELL
(413) 499-0035

## Page 47

Q. Okay. Any other owners?
  MS. CARLEEN: Objection.
  THE WITNESS: My son Tom.
Q. (BY MR. FERRIS) Okay. Have you had any education relating to ski area operation?
  MS. CARLEEN: Object to the form.
  THE WITNESS: Yeah. We have panels on a semiannual basis with the ski industry.
Q. (BY MR. FERRIS) What kind of panels?
A. All various, on all aspects of the ski industry.
Q. And so you attend these panels?
A. Yes.
Q. Okay. And who -- withdrawn.
  Is there an organization that runs these panel discussions?
A. The National Ski Area Association, as well as New England Ski Area Association.
Q. When was the last one that you attended?
A. Two weeks ago.
Q. And where was that?
A. Killington.

## Page 48

Q. What was the subject of that discussion?
  MS. CARLEEN: Object to the form.
  THE WITNESS: Terrain parks.
Q. (BY MR. FERRIS) For snowboarders?
  MS. CARLEEN: Objection.
  THE WITNESS: Terrain parks are for skiers and snowboards.
Q. (BY MR. FERRIS) Okay. Any other education -- withdrawn.
  Have you had any other education, other than these semiannual panels, with respect to operating ski areas?
A. I can't think of them. Most likely I have.
Q. Okay. Now, you said you own a percentage of Catamount Development Corp.?
A. Yes.
Q. What percent do you own?
  MS. CARLEEN: Objection. This is not relevant.
  MR. FERRIS: It relates to his motivation and credibility.
  MS. CARLEEN: Objection. I think

DAVIS & MITCHELL
(413) 499-0035

### Page 49

1   it's completely irrelevant and I object to this
2   line of questioning.
3       Q.  (BY MR. FERRIS)  You can answer.
4       A.  **I think she answered.**
5       Q.  No.  She -- I haven't heard your
6   attorney direct you not to answer, and I would
7   just cite Rule 30, which states that a person may
8   instruct the deponent not to answer only when
9   necessary to preserve a privilege, enforce a
10  limitation directed by the Court, or to present a
11  motion under Rule 30(d)(4).  So I don't believe
12  that she's telling you not to answer.
13          MS. CARLEEN:  Could you repeat
14  the question or read back the question, please?
15      Q.  (BY MR. FERRIS)  What percentage of
16  Catamount Development Corporation do you own?
17          MS. CARLEEN:  Yeah.  I'm going to
18  instruct him not to answer that question.
19      Q.  (BY MR. FERRIS)  What percentage of
20  Catamount Development Corporation does your son
21  own?
22          MS. CARLEEN:  Same instruction.
23      Q.  (BY MR. FERRIS)  What is your salary
24  at Catamount Development Corporation?

### Page 50

1           MS. CARLEEN:  Same instruction.
2   It's completely irrelevant and it's being asked
3   to harass.
4           MR. FERRIS:  It is most
5   definitely not being asked to harass.  I have no
6   particular interest in this, other than trying to
7   determine what the credibility of this witness
8   is.
9           MS. CARLEEN:  But the type of
10  answer you're trying to evoke would create more
11  prejudice than anything probative here, so I am
12  instructing him not to answer the question.
13  That's my position, absent a court order.
14          MR. FERRIS:  Okay.  I'll need
15  that part of the transcript, also.
16      Q.  (BY MR. FERRIS)  In addition to
17  receiving a salary, do you share in the income of
18  Catamount Development Corporation?
19          MS. CARLEEN:  Same instruction.
20          THE WITNESS:  No.
21      Q.  (BY MR. FERRIS)  You don't share in
22  the income of Catamount Development Corporation?
23          THE WITNESS:  I'm sorry?
24          MS. CARLEEN:  That's fine.  If

### Page 51

1   you're comfortable answering, that's fine.
2       Q.  (BY MR. FERRIS)  Do you receive a
3   salary?
4           MS. CARLEEN:  Same instruction.
5           MR. FERRIS:  So I'm not entitled
6   to know whether your witness is paid as a paid
7   employee of Catamount Development Corporation?
8           MS. CARLEEN:  What are you trying
9   to get here, how much his salary is?
10          MR. FERRIS:  I'm asking
11  questions --
12          MS. CARLEEN:  You're asking --
13  phrase your question with regard to Catamount.
14  Does he get paid by Catamount, is that what
15  you're asking?  I don't know what you're asking.
16      Q.  (BY MR. FERRIS) Well, do you receive
17  a salary from Catamount Development Corporation?
18          MS. CARLEEN:  You can answer that
19  yes or no.
20          THE WITNESS:  Yes.
21      Q.  (BY MR. FERRIS)  Do you receive a
22  salary from any other business entities?
23          MS. CARLEEN:  Objection.
24          THE WITNESS:  No.

### Page 52

1       Q.  (BY MR. FERRIS)  Okay.  Are there
2   any other business entities or organizations
3   involved in the operation of Catamount
4   Development Corporation?
5       A.  **No.**
6       Q.  Okay.  So you do receive a salary but
7   you will not state what that salary is, is that
8   correct?
9       A.  **That's correct.**
10          MS. CARLEEN:  Correct.
11          MR. FERRIS:  Okay.
12      Q.  (BY MR. FERRIS)  Does your son also
13  receive a salary?
14          MS. CARLEEN:  Same objection.
15      Q.  (BY MR. FERRIS)  Does he receive a
16  salary?
17      A.  **Yes.**
18      Q.  Okay.  Now, in addition to fencing
19  that's attached to wooden posts, does Catamount
20  use any fencing that's attached to any break-away
21  or flexible posts?
22          MS. CARLEEN:  Object to the form.
23          THE WITNESS:  Yes.
24      Q.  (BY MR. FERRIS)  Okay.  What are the

DAVIS & MITCHELL
(413) 499-0035

1  know that there are photographs so let me change
2  that question, please.
3     Q.   (BY MR. FERRIS)  Has Catamount
4  created any drawings, diagrams or maps of the
5  accident site, either before or after the
6  accident, other than the trail maps that are
7  regularly in use?
8          MS. CARLEEN:  Same objection.  Go
9  ahead.
10         THE WITNESS:  No.
11    Q.   (BY MR. FERRIS)  Does Catamount have
12 copies of documents containing the names,
13 addresses and/or telephone numbers of other
14 children participating in the ski class that
15 Plaintiff was a part of at the time of the
16 accident?
17    A.   No.
18    Q.   So there are no documents as to the
19 names and addresses of the children who
20 participate in the racing program at Catamount?
21    A.   That's correct.
22         MS. CARLEEN:  Charles, could you
23 just clarify your question?  Are you asking about
24 names and addresses with respect to this

2003-2004

| DATE | LAST | FIRST | ADDRESS | TOWN | STATE | ZIP | PHONE | TEAM | AG | Local # | AMT PD | NEW | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ######## | Anderson | Elizabeth | 980 Peaskill Hallow Rd | Putnam Valley | NY | 10579 | 845-526-4375 | Interclub | 12 | | | Return | Ck#5931 | |
| 10/28/03 | Andrews | Matthew | 4 Pray Lane | LaGrangeville | NY | 12540 | 845-227-7513 | Interclub | 12 | | $395.00 | Return | ck | |
| 10/28/03 | Andrews | Ryan | 4 Pray Lane | LaGrangeville | NY | 12540 | 845-227-7513 | Interclub | 8 | | $395.00 | New | ck | |
| 10/31/03 | Augustine | Sam | PO Box 763 | Pine Plains | NY | 12567 | 518-398-0440 | Tri-State | 14 | | $425.00 | Return | cc | skifast08@aol.com |
| no return | Augustine | James | PO Box 763 | Pine Plains | NY | 12567 | 518-398-0440 | Interclub | 9 | | | Return | cc | not returning this season |
| 10/24/03 | Bailer | Robbie | 3 Salem Rd | Wilton | CT | 6897 | 203-834-2577 | Camp | 18 | | $250.00 | New | ck | |
| 11/14/03 | Benson | Danny | 61 Red Hawk Hollow Rd | Wappingers Falls | NY | 12590 | 845-463-5626 | Interclub | 10 | | $425.00 | New | ck | |
| | Berman | Ryan | 21 Creemer Rd | Armonk | NY | 10504 | 914-273-4392 | Tri-State | | 914-273-4392 | | | | |
| | Berman | Kyle | 21 Creemer Rd | Armonk | NY | 10504 | 914-273-4392 | Interclub | | 914-273-4392 | | | | |
| | Berman | Doris | 19 Old Roaring Brook Rd | Mt. Kisco | NY | 10549 | 914-244-3066 | Camp | | | | | | |
| 10/9/03 | Biddle | Abigail | 30 Bedford Rd. | Katonah | NY | 10536 | 914-232-5106 | Interclub | 5 | | $395.00 | New | ck | |
| 10/9/03 | Biddle | Martha | 30 Bedford Rd. | Katonah | NY | 10536 | 914-232-5106 | Interclub | 9 | | $395.00 | Return | ck | |
| 10/9/03 | Biddle | Pippa | 30 Bedford Rd. | Katonah | NY | 10536 | 914-232-5106 | Interclub | 11 | | $395.00 | Return | ck | rhorsey@bestweb.net |
| | Blank | Jessica | 5 Post Road | Cranyville | NY | 12521 | 518-851-9859 | Interclub | 9 | | | | | blank5@valstar.net |
| 9/15/03 | Blodgett | Whitney | 6906 Rte 82 | Stanfordville | NY | 12581 | 845-868-7626 | Interclub | 11 | | $395.00 | Return | cc | |
| 9/15/03 | Blodgett | Cosimo | 6906 Rte 82 | Stanfordville | NY | 12581 | 845-868-7626 | Interclub | 8 | | $395.00 | Return | cc | |
| 10/6/03 | Booth | Yan Nicholas | 16 Scannell Rd | Chatham | NY | 12037 | 203-431-3783 | Tri-State | 14 | 518-392-0648 | $425.00 | Return | CC | yanbooth@aol.com |
| | Boucher | Katie | 179 Ivy Hill Road | Ridgefield | CT | 06877 | 203-431-3757 | Camp | 16 | 914-282-6680 | | | | daniel.boucher@snet.net |
| 11/3/03 | Brookman | Zachary | 70 E. 96 St. | New York | NY | 10128 | 212-369-3371 | Interclub | 11 | 518-325-4143 | $395.00 | New | | |
| 11/13/03 | Brown | Collin | 281 East Camp Rd. | Germantown | NY | 12526 | 518-537-6833 | Tri-State | 15 | 518-537-6833 | $197.50 | Return | CK | royboy@valstar.net |
| 12/22/03 | Budd | Billy | 84 Keelers Ridge Rd | Wilton | CT | 06897 | 203-762-1235 | Racecamp | 17 | | $250.00 | new | cc | |
| 12/28/03 | Chaleff | Gabriel | PO Box 7000 | Ancramdale | NY | 12503 | | Racecamp | 12 | | $250.00 | New | cc | |
| 11/19/03 | Chorna | Christie | 310 Judith Drive | Stormville | NY | 12582 | 845-221-0375 | Tri-State | 8 | | $197.50 | Return | cc | lillic@bestweb.net |
| 11/19/03 | Chorna | Nicholas | 310 Judith Drive | Stormville | NY | 12582 | 845-221-0375 | Tri-State | 11 | | $197.50 | Return | cc | lillic@bestweb.net |
| 1/3/04 | Crocco | Chris | 41 Suzanne Lane | Pleasantville | NY | 10570 | 914-769-0066 | Tri-State | 14 | | $475.00 | Return | | |
| 12/17/03 | Danz | Tom | P.O. Box 26 | N. Egremont | MA | 01252 | 413-528-0996 | Racecamp | 12 | | $250.00 | New | cc | |
| 10/8/03 | Day-Reiss | Charlotte | P.O. Box 105 | Salisbury | CT | 06068 | 860-435-1442 | Interclub | 12 | | $395.00 | New | cc | |
| 12/6/03 | Davis | Andrew | PO Box 1687 | Lakeville | CT | 06039 | 860-435-9904 | Interclub | 7 | | $213.00 | New | PD CK #1322 | |
| | De Sena | William | 98 Clinton Corners Road | Salt Point | NY | 12578 | 845-266-3987 | Interclub | 10 | | | | | desena5@aol.com |
| 11/5/03 | Doolittle | Andy | 229 Martin Rd | Hebron | CT | 06248 | 860-228-2044 | Tri-State | 11 | 860-228-2044 | $237.50 | Return | CK | |
| 11/5/03 | Doolittle | Patrick | 229 Martin Rd | Hebron | CT | 06248 | 860-228-2044 | Tri-State | 11 | 860-228-2044 | $237.50 | Return | CK | |
| | Drexel | Nicholas | 40 E.94th St. | New York | NY | 10128 | 212-410-0272 | Racecamp | 15 | | | new | cc | |
| 2/6/04 | Eckstein | Otto | 66 E. 79th St | New York | NY | 10021 | 212-737-1819 | Interclub | 11 | 518-329-5323 | $425.00 | Return | CFF-1819@AOL.COM | |
| 10/30/03 | Eckstein | Alexander | 400 E. 90th St, PH B | New York | NY | 10128 | 212-987-4295 | Interclub | 8 | 518-329-5323 | $395.00 | New | cc | |
| 10/30/03 | Eckstein | William | 400 E. 90th St., PH B | New York | NY | 10128 | 212-987-4295 | Tri-State | 14 | 518-329-5323 | $395.00 | New | cc | |
| | Edwards | Sean | 26 Interlaken Rd. RD#2 | W. Stockbridge | MA | 01266 | 413-298-4232 | Tri-State | 18 | | | Return | | redwards@vgernet.net |
| 11/25/03 | Eichman | Kelly | 74 Nodhill Rd | Ridgefield | CT | 06877 | 203-431-9511 | Racecamp | 16 | | $250.00 | Return | cc | |
| 11/7/03 | Fields | Brendon | 66 Elm Ave | Larchmont | NY | 10538 | 914-834-9010 | Tri-State | 13 | 518-851-6106 | $425.00 | Return | CK | aesl@aol.com |
| 11/7/03 | Fields | Dillon | 66 Elm Ave | Larchmont | NY | 10538 | 914-834-9010 | Tri-State | 10 | 518-851-6106 | $425.00 | Return | CK | |
| 10/29/03 | Foley | Gareth | 16 Park Avenue | Danbury | CT | 06810 | 203-743-4661 | Tri-State | 16 | | $425.00 | Return | ok | skiracerbrf@aol.com |
| 12/13/03 | Fulco | Merredith | 118 Veeley Rd | Sheffield | MA | 01257 | 413-229-2363 | Interclub | 12 | | $425.00 | Return | ok | |
| 9/17/03 | Funk | Samuel | 196 Fern Ave | Litchfield | CT | 06759 | 860-567-4617 | Tri-State | 13 | | $395.00 | New | CK | app. On internet |





| Date | Last Name | First Name | Address | City | State | Zip | Phone | Program | # | Phone 2 | Amount | Email/Note | Status | Pay |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9/9/03 | Gebauer | Christopher | PO Box 364 | Millbrook | NY | 12545 | 845-677-8808 | Tri-State | 13 | 845-677-8808 | $425.00 | hemis@prodigy.net | Return | CC |
| 12/7/03 | Geiger | Kasia | 20 Robin Rd | Kinderhook | NY | 12106 | 518-758-1418 | Racecamp | 8 | | $250.00 | | New | CK |
| 10/29/03 | George | Laurance | 17 Wier Farm Lane | Ridgefield | CT | 06877 | 203-431-9739 | Tri-State | 13 | | $425.00 | | Return | ck |
| 9/16/03 | Goldman | Alex | 17 Old C.N.E Rd. | Lakeville | CT | 06039 | 860-435-4655 | Tri-State | 12 | 860-435-4655 | $425.00 | | New | CC |
| 11/3/03 | Goldman | Isabella | 17 Old C.N.E Rd. | Lakeville | CT | 06039 | 860-435-4655 | Interclub | 9 | | $395.00 | | New | CC |
| | Goldman | Zachary | 17 Old C.N.E Rd. | Lakeville | CT | 06039 | 866-435-4655 | Tri-State | 14 | 866-435-4655 | | | Return | CC |
| 11/13/03 | Goodwin | William | P.O. Box 007 | Millbrook | NY | 12546 | 518-398-5850 | Interclub | 9 | | $395.00 | | NEW | CC |
| 11/13/03 | Goodwin | Luke | P.O. Box 007 | Millbrook | NY | 12546 | 518-398-5850 | Interclub | 7 | | $395.00 | | NEW | cc |
| 12/24/03 | Greaser | Jena | | | | | 860-379-3159 | Tri-State | | | $0.00 | coaches kid | Return | |
| | Halle | Timothy | 8 Puddlers Lane | Falls Village | CT | 06031 | 860-824-7272 | Interclub | 12 | | | | NEW | |
| 9/16/03 | Harrold | Kyle | 106 Picketts Ridge Rd. | Redding | CT | 06896 | 203-938-0848 | Interclub | 12 | 518-325-3879 | $395.00 | | Return | CK |
| 8/21/03 | Hight | Corey | 50 Birch Dr. | Roslyn | NY | 11576 | 516-621-6142 | Interclub | 11 | 518-325-7006 | $420.00 | We owe him 25.00 | New | CC |
| 1/3/03 | Hotaling | Spencer | 901 Rte 25 | Stuyvesant Falls | NY | 12174 | 518-799-6043 | Interclub | | 518-799-6043 | $197.50 | mom works in ticket booth | Return | CK |
| 11/18/03 | Hitchen | Matthew | 2385 State Rte 82 | Ancram | NY | 12502 | 329-5321 | | 9 | | $425.00 | | Return | CK |
| | Hottensen | Bobby | 116 Fifth Ave. Apt. 302 | New York | NY | 10029 | 212-831-5764 | Racecamp | 13 | 845-868-1117 | | | NEW | |
| | Hottensen | Emily | 116 Fifth Ave. Apt. 302 | New York | NY | 10029 | 212-831-5764 | Tri-State | 14 | 845-868-1117 | | | NEW | |
| | Hottensen | James | 116 Fifth Ave. Apt. 302 | New York | NY | 10029 | 212-831-5764 | Tri-State | 11 | 845-868-1117 | | | NEW | |
| | Intraub | Anna | 14 Konig Road | Ghent | NY | 12075 | 212-529-9170 | Interclub | 8 | 518-392-0833 | | everymorph@aol.com | | |
| 10/26/03 | Jacobson | Alexander | 7 Peters Lane | Bedford | NY | 10506 | 914-234-6737 | Interclub | 9 | 518-329-4900 | $395.00 | ahjemi@yahoo.com | Return | cc |
| | Jennings | Nolan | 253 Carpenter Road | Ghent | NY | 12075 | 518-672-5220 | Interclub | 13 | | | css@taconic.net | | |
| | Jones | Kyle | 55 Old Town Road | Hillsdale | NY | 12529 | 212-362-2737 | Interclub | | 518-325-3381 | | | | |
| 10/10/03 | Jones | Cary | 40 W. 77th St. # 10B | New York | NY | 10024 | 917-445-1942 | Interclub | 11 | 518-325-3381 | $395.00 | | Return | Ck |
| 10/10/03 | Jones | Conor | 40 W. 77th St. # 10B | New York | NY | 10024 | 917-445-1942 | Interclub | 7 | 518-325-3381 | $395.00 | | Return | ck |
| 11/1/03 | Jones | Parker | 482 Under Mountain Rd | Salisbury | CT | 06068 | 860-435-2719 | Tri-State | 14 | | $425.00 | | New | ck |
| | Kavanagh | Bill | 800 Tuckahoe Rd. | Yonkers | NY | 10710 | | | | | | | | |
| | Kirby | Jack | 1230 Park Ave #3D | New York | NY | 10128 | 212-996-7589 | Tri-State | 9 | 413-528-4441 | | moved to aspen co | | |
| n/r | Kocjan | Joseph | 11 Whitson St | Forest Hills | NY | 11375 | 718-268-3381 | Interclub | | 518-329-1238 | | | | |
| 9/5/03 | Lang | Ben | 393 West Broadway | New York | NY | 10012 | 212-431-7455 | Interclub | 6 | 518-329-4359 | $395.00 | | NEW | CK |
| 9/5/03 | Lang | Ruby | 393 West Broadway | New York | NY | 10012 | 212-431-7455 | Interclub | 8 | 518-329-4359 | $395.00 | | Return | CK |
| 9/5/03 | Lang | Zack | 393 West Broadway | New York | NY | 10012 | 212-431-7455 | Interclub | 11 | 518-329-4359 | $395.00 | caribryn@aol.com | Return | CK |
| 10/15/03 | Lehman | Arielle | 40 East 84th St. #17-A | New York | NY | 10028 | 212-517-8598 | Tri-State | 10 | 917-854-3524 | $425.00 | ejlehman@aol.com | Return | CK |
| 10/15/03 | Lehman | Jocelyn | 40 East 84th St. #17-A | New York | NY | 10028 | 212-517-8598 | Interclub | 7 | | $395.00 | | Return | CK |
| 12/29/03 | Levine | Willy | 12 Hewlett Ln. | Port Washington | NY | 11050 | 516-365-4050 | Interclub | 10 | | $395.00 | | new | cc |
| | Lodge | Fritz | 8 E. 96th St | New York | NY | 10128 | 212-534-6054 | | 15 | | $425.00 | susanlodge@earthlink.net | NEW | CK |
| n/r | Lodge | Magoline | 1 West 85th St; 6B | New York | NY | 10024 | 212-787-1486 | Interclub | 12 | 518-329-5694 | | harrylodge@yahoo.com | NEW | CK |
| | Lodge | Samantha | 1 West 85th St; 6B | New York | NY | 10024 | 212-787-1486 | Interclub | 9 | 518-329-5694 | | | NEW | CK |
| | Lowrey | Will | 7 Grace Sq. Apt #9 | New York | NY | 10028 | 212-744-7916 | Tri-State | 14 | 845-265-2175 | | glowry@moma.org | | |
| 10/26/03 | Maybee | Michaela | 122 Van Bael Drive | Slingerlands | NY | 12159 | 518-456-3661 | | 9 | | $212.50 | coaches kid | Return | ck |
| 1/18/04 | Marchese | Greg | 21 Rockledge Drive | Brewster | NY | 10509 | 845-278-4002 | Interclub | 12 | | $425.00 | | New | CK#1591 |
| 10/26/03 | Marolda | Emmi | 1102-A Bedford Rd | Plainville | NY | 10570 | 914-773-5550 | Interclub | 8 | 329-5251 | $395.00 | wmarolda@aol.com | Return | cc |
| 10/26/03 | Marolda | Kenny | 1102-A Bedford Rd | Plainville | NY | 10570 | 914-773-5550 | Interclub | 10 | 329-5251 | $395.00 | wmarolda@aol.com | Return | cc |
| | Martinez | Sondra | PO Box 793 | Lichfield | CT | 06759 | | | 14 | | $395.00 | | | |
| 10/24/03 | McLoughlin | Brendan | 26 Whitewood Rd | White Plains | NY | 10603 | 914-592-0362 | Interclub | | | | | New | |

| Date | Last | First | Address | City | State | Zip | Phone | Program | # | Phone2 | Amount | Email/Notes | Status | Pay |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/24/03 | McLoughlin | Colin | 26 Whitewood Rd | White Plains | NY | 10603 | 914-592-0362 | Interclub | 13 | | $395.00 | | New | Canceled |
| 10/24/03 | McLoughlin | Devin | 26 Whitewood Rd | White Plains | NY | 10603 | 914-592-0362 | Interclub | 11 | | $395.00 | | New | |
| 10/24/03 | McLoughlin | Quinlan | 26 Whitewood Rd | White Plains | NY | 10603 | 914-592-0362 | Interclub | 7 | | $395.00 | | New | |
| 11/24/03 | Melegari | Camilla | 200 East 90th St, Apt. 4B | New York | NY | 10128 | 212-831-5255 | Interclub | 12 | 646-662-7230 | $425.00 | | New | CC |
| | Moore | Harris | 9 Richmond Ave | Jericho | NY | 11753 | 516-681-5538 | Tri-State | 12 | 518-329-5382 | | morcofab@aol.com | | |
| 8/27/03 | Muckle | Sean | 37 Hickory Knoll | New Hartford | CT | 06057 | 860-489-3530 | Tri-State | 12 | 860-489-3530 | $425.00 | paulmuckle@snet.net | Return | CC |
| | Nelson | Brigette | 200 Bulls Bridge Road | South Kent | CT | 06785 | 860-927-4581 | Tri-State | 13 | | | | | |
| | Neumann | Alex | PO Box 149 | Clinton Corners | NY | 12514 | | Interclub | 8 | | | | | |
| | Nolan | Paul | 1313 Baldwin Rd. | Yorktown Hgts | NY | 10598 | | | | | | | | | |
| 9/18/03 | Nordholm | Courtney | 56 Gold St. | Greenwich | CT | 06831 | 203-531-8147 | Tri-State | 7 | | $212.50 | Grandmother interclub coach | New | CK 2110 |
| 2/14/04 | Nouri | Renee | 405 Rte 22 | N. Salem | NY | 10560 | 914-232-5734 | Interclub | 10 | | | | | |
| 12/5/03 | O'Brien | Kevin | 132 Seth Low Mt Road | Ridgefield | CT | 06877 | 203-438-0949 | Tri-State | 15 | 203-733-5123 | $0.00 | ppkcdob@aol.com | Return | Coaches Kid |
| 12/5/03 | O'Brien | Connor | 132 Seth Low Mt Road | Ridgefield | CT | 06877 | 203-438-0949 | Tri-State | 12 | 203-733-5123 | $395.00 | ppkcdob@aol.com | Return | Coaches Kid |
| 12/5/03 | O'Brien | Dillon | 132 Seth Low Mt Road | Ridgefield | CT | 06877 | 203-438-0949 | Tri-State | 10 | 203-733-5123 | $0.00 | ppkcdob@aol.com | Return | Coaches Kid |
| | O' Neil | Casey | 68 Bald Hill | New Canaan | CT | 06840 | 203-966-2143 | Interclub | 10 | 203-966-2143 | | tcconeill123@aol.com | Return | |
| 12/6/03 | Pappalardo | Stefan | 81 Overlook Rd N | N. White Plains | NY | 10603 | 914-946-2560 | Tri-State | 16 | | $212.50 | | Return | |
| 12/6/03 | Pappalardo | Jeffrey | 81 Overlook Rd N | N. White Plains | NY | 10603 | 914-946-2560 | Tri-State | 14 | | $212.50 | | Return | |
| | Passetto | Edward | 14 Patterson Rd. | Lenox Dale | MA | 01242 | 413-637-0429 | Tri-State | 10 | | | | | |
| 11/3/03 | Powers | Lily | 326 Riders Lane | Fairfield | CT | 06824 | 203-256-0076 | Interclub | 8 | 518-329-1008 | $395.00 | | New | CK |
| 11/3/03 | Powers | Samantha | 326 Riders Lane | Fairfield | CT | 06824 | 203-256-0076 | Interclub | 9 | 518-329-1008 | $395.00 | | New | CK |
| | Pramschufer | Erik | 333 Washington Ave | Pleasantville | NY | 10570 | 914-769-1410 | Interclub | 11 | 800-621-2556 | | | Return | |
| 12/14/03 | Purpura | Michael | 6 Bedell Rd | Amawalk | NY | 10501 | 914-962-6935 | Interclub | 13 | | $425.00 | | new | CC |
| 9/5/03 | Rachlin | Bryce | 201 E.80th St. | New York | NY | 10021 | 212-585-1765 | Interclub | 8 | 518-325-4136 | $395.00 | mrach@aol.com | Return | CK |
| 10/24/03 | Raeuber | Aaron | PO Box 696 | Housatonic | MA | 01236 | 413-274-0236 | Tri-State | 16 | | $425.00 | | NEW | CC |
| 27/04 | Richards | Jonathan | 10 Sunrise Ln | Poughkeepsie | NY | 12603 | 845-471-7622 | Interclub | 10 | | $425.00 | | new | ck |
| | Riley | Erika | 10 Manor Lane | West Hartford | CT | 06107 | | | | | info request | | | |
| 10/6/03 | Reinhardt | Hugo | 771 Duell Road | Millbrook | NY | 12545 | 845-868-7014 | Tri-State | 10 | | $425.00 | | Return | Ck |
| 9/4/03 | Roberts | Joseph | 130 Brown Rd | Scarsdale | NY | 10583 | 914-472-7326 | Racecamp | 9 | 518-325-5818 | $250.00 | john e roberts@alum.mit.edu | return | CK |
| 9/4/03 | Roberts | Michael | 130 Brown Rd | Scarsdale | NY | 10583 | 914-472-7326 | Racecamp | 6 | 518-325-5818 | $250.00 | lisa_roberts@alumni.tufts.edu | Return | CK |
| 9/4/03 | Rogers | Elena | 100 Hill Road | Naugatuck | CT | 06770 | 203-758-1401 | Tri-State | 13 | | $0.00 | coaches kid | Return | |
| 9/4/03 | Rogers | Kayla | 100 Hill Road | Naugatuck | CT | 06770 | 203-758-1401 | Tri-State | 11 | | $0.00 | coaches kid | Return | |
| 9/18/03 | Sanderson | Trey | 2 Caroline Pl | Greenwich | CT | 06831 | 203-531-8656 | Tri-State | 13 | | $212.50 | Grandmother interclub coach | New | CK 2110 |
| 9/4/03 | Scannell | Christopher | 384 Breakneck Hill Rd | Middlebury | CT | 06762 | 203-598-0732 | Tri-State | 16 | | | | NEW | CC |
| | Schiller | Jessica | 703 Sachem | Slingerlands | NY | 12159 | 518-862-9123 | Racecamp | 8 | | | | | |
| 12/22/03 | Scott | Jeffrey | 22 Mega La | Carmel | NY | 10512 | 845-621-4321 | Interclub | 11 | | $425.00 | | new | cc |
| 10/27/03 | Seaman | Bryant | 67 Robinson Rd. | Salt Point | NY | 12578 | 845-266-4129 | Interclub | 11 | | $395.00 | rebofstf@aol.com | Return | |
| 11/3/03 | Shapiro | Reed Lang | PO Box 24 | Millbrook | NY | 12545 | 845-677-8558 | Tri-State | 11 | 212-288-9299 | $425.00 | reedliang2k@aol.com | Return | CC |
| 12/19/03 | Singh | Nikolai | 139 Jug End Road | Gt Barrington | MA | 01230 | 212-580-7931 | Racecamp | 17 | 413-528-6467 | $250.00 | vincentine@nyc.rr.com | Return | cc |
| 10/24/03 | Singh | Mischa | 139 Jug End Road | Gt Barrington | MA | 01230 | 212-580-7931 | Racecamp | 12 | 413-528-6467 | $425.00 | vincentine@nyc.rr.com | Return | cc |
| 9/29/03 | Skakel | Susan | 115 Maple Ave. | Greenwich | CT | 06830 | 203-661-2957 | Tri-State | 12 | | $425.00 | mflanigans@aol.com | Return | cc |
| | Smith | Brennan | 536 Fairfield Road | Wayne | NJ | 07470 | 973-489-8717 | | | | | | NEW | |
| 9/29/03 | Stack-Barnes | Aaron | PO Box 518 | Millbrook | NY | 12545 | 845-677-6458 | Tri-State | 14 | 845-677-6958 | $425.00 | barneschwartzfamily@wans.net | Return | ck |
| | Stack | Ryan | 220 Bellwood DR | New City | NY | 10956 | 845-639-6038 | Racecamp | 12 | | | | NEW | |

| Date | Last | First | Address | City | State | Zip | Phone | Type | # | Phone2 | Amount | Email | Status | Pay |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/14/03 | Stone | Graham | 107 Main St. | | | | 860-364-0807 | Tri-State | 13 | | $475.00 | | New | CC |
| 10/3/03 | Szaiff | Carolyn | 8829 Rutledge Ave. | Glendale | NY | 11385 | 718-575-2908 | Interclub | 14 | | $395.00 | | Return | CK |
| 11/3/03 | Tamm | Critter | PO Box 1435 | Millbrook | NY | 12545 | 845-677-9242 | Tri-State | 14 | | | | | |
| 11/3/03 | Tanenbaum | Kasey | 376 Titus Way | East Williston | NY | 11596 | 516-294-8343 | Interclub | 9 | 518-325-4020 | $395.00 | weski5@aol.com | Return | CK |
| 11/3/03 | Tanenbaum | Greg | 376 Titus Way | East Williston | NY | 11596 | 516-294-8343 | Tri-State | 12 | | $425.00 | | New | CK |
| 11/2/03 | Tingley | Kenneth | PO Box 119/34 Karl Street | Litchfield | CT | 06759 | 860-567-5075 | Interclub | 11 | | $395.00 | | Return | CK |
| 10/20/03 | Tolen | Lana | 69-45 108st Apt. 10A | Forest Hills | NY | 11375 | 718-520-5114 | Interclub | 14 | | $395.00 | | New | MO CK |
| 10/12/03 | Tom | Briana | 4 Bailey Lane | Brewster | NY | 10509 | 845-278-0735 | Interclub | 9 | | $395.00 | BHT5129@aol.com | Return | CK |
| 9/15/03 | Traber | Lucas | 1165 Park Ave | New York | NY | 10128 | 212-876-5810 | Interclub | 12 | 845-868-7092 | $395.00 | wtraber@hanseatic-ny.com | Return | CK |
| 11/28/03 | Tracy | Caitlin | 17 Brainard Ave | Gt Barrington | MA | 01230 | 413-528-0789 | Tri-State | 15 | 413-528-0900 | $212.50 | ttc17187@1 | Return | CC |
| | Tracy | Matt | 17 Brainard Ave | Gt Barrington | MA | 01230 | 413-528-0789 | Tri-State | 17 | | | | Return | |
| | Tanenbaum | Greg | 376 Titus Way | East Williston | NY | 11596 | 516-294-8343 | Interclub | 11 | 516-972-1002 | | weski5@aol.com | Return | |
| | Urbach | Joshua | 11 Hilltop Road | Waccabuc | NY | 10597 | 914-669-5650 | Interclub | | 914-669-5650 | | | | |
| | Urbach | Kathryn | 11 Hilltop Road | Waccabuc | NY | 10597 | 914-669-5650 | Interclub | | | | | | |
| 9/24/03 | Vallarino | Ethan | PO Box 1313 | Millbrook | NY | 12545 | 845-677-3208 | Tri-State | 14 | | $425.00 | imfabaab@aol.com | Return | CK & CC |
| 10/7/03 | Voss | Adrian | 97 Old Redding Road | Redding | CT | 06896 | 203-938-2983 | Tri-State | 12 | | $425.00 | volkigirl2000@aol.com | Return | CK |
| 12/12/03 | Wedd | Michael | P.O. Box 40 | Philmont | NY | 12165 | 518-672-0082 | Tri-State | 12 | | $475.00 | | Return | CC |
| 12/12/03 | Wedd | Sophie | P.O. Box 40 | Philmont | NY | 12165 | 518-672-0082 | Tri-State | 14 | | $475.00 | | Return | CC |
| | Wirth | Christopher | 21 East 87th St. Apt.9 C | New York | NY | 10128 | 212-360-6321 | Tri-State | 13 | 677-8664 | | | NEW | |
| 9/16/03 | Wise | Allie | 115 Central Park West;Apt 10G | New York | NY | 10023 | 212-362-6303 | Interclub | 8 | 860-435-6505 | $395.00 | | Return | CK |
| 9/16/03 | Wise | Will | 115 Central Park West;Apt 10G | New York | NY | 10023 | 212-362-6303 | Interclub | 10 | 860-435-6505 | $395.00 | roome@rcn.com | Return | CK |
| 8/22/03 | Zaluckyj | Anastasia | 2 Marsia Court | Cortlandt Manor | NY | 10567 | 914-734-2747 | Interclub | 6 | | $395.00 | | NEW | CC |