UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
CRAIG DAVIS, as parent and natural   )
guardian of ANDREW DAVIS,            )
                        Plaintiff    )
                                     )
        v.                           )   Civil Action No. 05-30011-MAP
                                     )
                                     )
CATAMOUNT DEVELOPMENT CORP.,)
CATAMOUNT DEVELOPMENT CORP.,)
d/b/a CATAMOUNT SKI AREA,            )
                        Defendants   )
```

FURTHER SCHEDULING ORDER
March 6, 2006

NEIMAN, U.S.M.J.

The following schedule was set at the case management conference this day:

1. Motions to compel shall be filed by March 17, 2006, to which oppositions shall be filed within fourteen days.

2. Plaintiff shall designate and disclose information regarding his trial experts as required by FED. R. CIV. P. 26(a)(2) by May 12, 2006.

3. Defendants shall designate and disclose information regarding their trial experts as required by FED. R. CIV. P. 26(a)(2) by June 27, 2006.

4. All expert depositions shall be completed by August 18, 2006.

5. Defendants shall file their dispositive motions by September 22, 2006, or inform the court in writing by that date that no such motions will be filed.

6. Plaintiff shall file his opposition to Defendants' motions, if any, by October

13, 2006, to which Defendants may reply by October 20, 2006.

7. If no dispositive motions are filed, counsel shall appear for a final pretrial conference on October 24, 2006, at 2:00 p.m. in Courtroom One before District Judge Michael A. Ponsor.  Pre-trial memoranda shall be prepared in accordance with the provisions of Local Rule 16.5(d) and the Procedural Order entered this date.

IT IS SO ORDERED.

DATED: March 6, 2006

      /s/ Kenneth P. Neiman
KENNETH P. NEIMAN
U.S. Magistrate Judge