UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
CRAIG DAVIS, as parent and natural  )
guardian of ANDREW DAVIS,           )      CIVIL ACTION
                         Plaintiff, )      No. 05-30011-MAP
                                    )
   -against-                        )
                                    )
CATAMOUNT DEVELOPMENT CORP.,        )
CATAMOUNT DEVELOPMENT CORP,         )
d/b/a CATAMOUNT SKI AREA,           )
                         Defendants.)
_____)

**PLAINTIFF'S REPLY TO DEFENDANT'S
LIMITED OPPOSITION TO PLAINTIFF'S MOTION TO
COMPEL PRODUCTION OF ACCIDENT REPORTS**

Defendant has proposed limiting Plaintiff's access to reports of ski accidents by deleting the identity of skiers injured in these accidents. This limitation would make it impossible to locate potential witnesses without filing another motion to compel, and delaying matters 20 - 30 days. This is contrary to the intended scope of discovery.

The reports do not contain communications with doctors, and are unlikely to contain personal or private medical information. They relate to accidents that took place in public, and were presumably witnessed by other members of the public. The privacy interests allegedly protected by the proposed redaction is a specious argument which will make it more difficult for Plaintiff to make use of these records.

Respectfully Submitted,
Craig Davis, as parent of Andrew Davis, Plaintiff
by his attorney,

April 4, 2006

_____
Charles J. Ferris
500 Main Street
Great Barrington, MA 01230
413 528-8900
413-528-9132 facsimile
BBO # 565630