UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

**CRAIG DAVIS, as parent and natural guardian of ANDREW DAVIS,**
       Plaintiff,

-against-

**CATAMOUNT DEVELOPMENT CORP.,**
**CATAMOUNT DEVELOPMENT CORP,**
**d/b/a CATAMOUNT SKI AREA,**
       Defendants.

CIVIL ACTION
No. 05-30011-MAP

---

  Now comes the attorneys for the respective parties and hereby stipulate and agree that the "Further Scheduling Order" dated March 6, 2006 (the "Order") be amended as follows:

1. The date for Plaintiff's designation of trial experts and information required by Fed R Civ. P. 26 (a) (2) is hereby extended two (2) weeks to May 26, 2006.

2. If Defendant requires, the date for Defendants to disclose information required by Fed R. Civ. P. 26 (a) (2) shall be extended two (2) weeks to July 11, 2006.

3. As so amended, the Order shall remain in full force and effect.

_____
Charles J. Ferris
500 Main Street
Great Barrington, MA 01230
413 528-8900
BBO # 565630

_____
William L. Keville, Jr.
Melick, Porter & Shea
28 State Street
Boston, MA 02109-1775
(617) 523-6200

SO ORDERED

_____
Kenneth P. Neiman
U.S. Magistrate Judge