UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

```
* * * * * * * * * * * * * * *
                              *
CRAIG DAVIS, as parent and    *
natural guardian of           *
ANDREW DAVIS,                 *
    Plaintiff,                *
                              *
vs.                           *   CIVIL ACTION
                              *   No. 05-30011-MAP
CATAMOUNT DEVELOPMENT CORP.,  *
CATAMOUNT DEVELOPMENT CORP.   *
d/b/a CATAMOUNT SKI AREA,     *
    Defendants.               *
                              *
                              *
* * * * * * * * * * * * * * *
```

### STIPULATION TO EXTEND TIME TO DESIGNATE AND DISCLOSE INFORMATION REGARDING TRIAL EXPERTS

The parties in the above-captioned matter hereby stipulate and agree that the defendant may designate and disclose information regarding trial experts up to and including July 26, 2006. The parties further agree that the time within which the plaintiff may supplement information regarding medical trial experts up to and including August 25, 2006.

The Plaintiff,                      The Defendant,

By his attorney,                    By their attorneys,


s/ Charles J. Ferris                s/ William L. Keville, JR
Charles J. Ferris                   William L. Keville, Jr.
BBO# 565630                         BBO# 546525
500 Main Street                     MELICK, PORTER & SHEA, LLP
Great Barrington, MA 01230          28 State Street
(413) 528-8900                      Boston, MA 02109-1775
                                    (617) 523-6200