UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CRAIG DAVIS, as parent and natural guardian of ANDREW DAVIS,<br>                     Plaintiff,<br>-against-<br><br>CATAMOUNT DEVELOPMENT CORP.,<br>CATAMOUNT DEVELOPMENT CORP,<br>d/b/a CATAMOUNT SKI AREA,<br>                     Defendants. | CIVIL ACTION<br>No. 05-30011-MAP |

## JOINT MOTION TO CONTINUE
## PRETRIAL CONFERENCE

Now come Plaintiff, Craig Davis o/b/o Andrew Davis, and Defendant, Catamount Development Corporation, and jointly move to continue the pretrial conference until after the Defendant's motion for summary judgment is heard and resolved. In further support, the parties state:

1. On September 22, 2006 Defendant served a motion for summary judgment. Plaintiff's response is due October 13, 2006, (the same date as the currently scheduled pretrial memorandum), with Defendant's reply due October 20, 2006. A pretrial conference is currently scheduled for October 24, 2006 - before the Court would have an opportunity to consider the motion.

2. The parties respectfully suggest that in the interest of judicial economy, the final pretrial briefing and scheduling conference should be continued until after the summary judgment motion is heard and decided.

WHEREFORE, the parties request that the final pretrial conference now scheduled for October 24, 2006 be cancelled (along with the current briefing order) and that the final pretrial conference be continued until after the motion for summary judgment is heard and decided .

Dated: October 11, 2006

Respectfully Submitted,

_____          _____
Charles J. Ferris                                                    William L. Keville, Jr. BBO#546525
Attorney for Plaintiff                                            Attorney for Defendant
500 Main Street                                                    Melick, Porter & Shea
Great Barrington, MA 01230                              28 State Street
413 528-8900                                                         Boston, MA 02109-1775
413-528-9132 facsimile                                      617 523-6200
BBO # 565630                                                       617-523-8130 facsimile

So Ordered:

_____
Michael A. Ponsor, USDJ