UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CRAIG DAVIS, as parent and natural guardian of ANDREW DAVIS,<br>                              Plaintiff,<br>  -against-<br><br>CATAMOUNT DEVELOPMENT CORP.,<br>CATAMOUNT DEVELOPMENT CORP,<br>d/b/a CATAMOUNT SKI AREA,<br>                              Defendants. | CIVIL ACTION<br>No. 05-30011-MAP |

**AFFIDAVIT OF CHARLES J. FERRIS**

Attached hereto are true and correct copies of the following exhibits, constituting deposition transcript extracts and material produced during discovery by the parties.

Exhibits:

1. Survey
2. A. Davis Deposition Extracts
3. C. Davis Deposition Extracts
4. J. Gardner Deposition Extracts
5. B. Gardner Deposition Extracts
6. R. Brousseau Deposition Extracts
7. R. Schroeppel Deposition Extracts
8. S. Adams Deposition Extracts
9. W. Gilbert Deposition Extracts
10. E. Dennis Deposition Extracts
11. Ski Patrol Handbook Extract
12. Incident Report Form
13. Ski Trail Map
14. Slope Inspection Reports
15. Maps with marks on them
16. Photo marked by Steve Adams
17. Scar photograph
18. Stickle Deposition Extract
19. Expert (Hanst) Report
20 -36. Photos from depositions

37.   Photo by Catamount

Affirmed under the penalties of perjury this 13th day of October, 2006.

_____
Charles J. Ferris

NOTE: COPIES OF THE EXHIBITS ARE BEING FILED BY MAIL WITH
THE CLERKS OFFICE, AS THEY WERE TOO LENGTHY TO
BE ELECTRONICALLY FILED

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CLERK'S NOTICE

This document can not be scanned due to its size, or the way in which it was bound.

The original is available for viewing in the Clerk's Office.