UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
CRAIG DAVIS, as parent and natural  )
guardian of ANDREW DAVIS,           )       CIVIL ACTION
                    Plaintiff,      )       No. 05-30011-MAP
    -against-                       )
                                    )
CATAMOUNT DEVELOPMENT CORP.,        )
CATAMOUNT DEVELOPMENT CORP,         )
d/b/a CATAMOUNT SKI AREA,           )
                    Defendants.     )
_____ )

**PLAINTIFF'S MOTION TO SUBSTITUTE AND
CORRECT EXHIBIT
(ASSENTED TO BY DEFENDANT)**

Now comes Plaintiff Craig Davis o/b/o Andrew Davis and moves this Court for permission to substitute the attached Incident Report Form as the correct Exhibit 12 (in opposition to Defendant's Motion For Summary Judgment). In further support, Plaintiff states:

1. The incorrect accident report was erroneously annexed to Plaintiff's Opposition To The Motion For Summary Judgment as Exhibit 12. It does not involve this Plaintiff and was copied from a group of accident reports produced during discovery.

2. The correct Exhibit 12, relating to Andrew Davis's accident at Catamount is annexed hereto.

3. Defendant has assented to this substitution (*see* Defendant's Reply Brief in Support of its Motion For Summary Judgment, p. 2, fn. 1).

                        Respectfully Submitted,

                        Craig Davis, as parent of Andrew Davis, Plaintiff by his attorney,

October 24, 2006

                        _____
                        Charles J. Ferris
                        500 Main Street
                        Great Barrington, MA 01230
                        413 528-8900
                        413-528-9132 facsimile
                        BBO # 565630

## CERTIFICATE OF SERVICE

On October 24, 2006 Plaintiff served the foregoing upon William L. Keville, Jr., Counsel for Defendant, electronically.

                        _____
                        Charles J. Ferris

**NSAA** — SKI AREAS ASSOCIATION

RESORT: Catamount DATE: 1/25/04 TIME OF INCIDENT: 9:35 ☒ AM ☐ PM

- ☐ ON-HILL
- ☐ LIFT
- ☐ PREMISE
- ☐ TUBING HILL

DESCRIBE SPECIFIC LOCATION: Connector from Catamount to Onstage @ top of slope

- ☐ EASIER
- ☐ MORE DIFFICULT
- ☒ MOST DIFFICULT ◆
- ☐ EXPERTS ONLY ◆◆
- ☐ FREESTYLE TERRAIN
- ☐ NOT APPLICABLE

NAME: Andrew Davis  ☒ MALE  ☐ FEMALE  DOB: 2/18/96  AGE: 7
ADDRESS: 23 Westwick St
CITY: Lakeville  STATE: CT  ZIP: 06039  HT: ___
TELEPHONE: 860-435-9964  OCCUPATION: ___  WT: 70

**ABILITY**
- ☐ BEG  ☐ N/APP
- ☐ INTERMEDIATE
- ☒ ADV/EXPERT

**LESSONS**
- ☐ IN LESSON  INSTR: ___
- ☒ N/APPLICABLE

**NUMBER OF TIMES ON:**
- ☒ TRAIL  ☐ TODAY ___
- ☐ LIFT  ☐ PRIOR ___
- ☐ OTHER ___

**SKI EQUIPMENT REMOVED BY:**
- ☒ FALL  ☐ PATROL
- ☐ INJURED  ☒ OTHER: Ski Father

PRIOR INJURY/ILLNESS- DESCRIBE: No
CORRECTIVE LENSES NEEDED? ☐ YES ☒ NO  WORN? ☐ YES ☐ NO  YEAR INJURED: ___
LIST ANY MEDS TAKEN: No  MEDICAL INSURANCE? ☒ YES ☐ NO
ALLERGIES/MEDICAL ALERT DESCRIBE: No  TICKET TYPE: Seasons Pass
GROUP NAME: ___

- ☒ ALPINE  ☒ OWNED
- ☐ NORDIC  ☐ AREA RENTAL
- ☐ SNOWBOARD  ☐ OTHER RENTAL
- ☐ OTHER EQUIP:  ☐ BORROWED
- ☐ DEMO

BINDING MAKE: ___ MODEL: ___
SKI/BOARD #: ___
BOOT #: ___
SHOP NAME: ___
ADDRESS: ___

| TOE | HEEL | TOE | HEEL |
|-----|------|-----|------|
|     |      |     |      |

HELMET WORN? ☐ YES ☒ NO  HELMET AREA RENTAL? ☐ YES ☒ NO  HELMET RENTAL #: ___

Skier skied into wood snow fence post. Wood post not clearly marked. I was doing a drill with the race team and skied into a post.

THE ABOVE STATEMENT IS TRUE AND CORRECT
INJURED'S SIGNATURE: ___
PARENT/GUARDIAN SIGNATURE: Craig Davis

- ☒ FRACTURE  ☐ PUNCTURE/LACERATION  ☐ ABRASION  ☐ DISLOCATION  ☐ MULTIPLE
- ☐ SPRAIN/STRAIN  ☐ BRUISE/CONTUSION  ☐ CONCUSSION  ☐ FROSTBITE  ☐ OTHER

- ☐ LEFT  ☒ UPPER LEG  ☐ HIP  ☐ SHOULDER  ☐ HEAD  ☐ TEETH
- ☒ RIGHT  ☐ KNEE  ☐ ABDOMEN  ☐ ARM  ☐ FACE  ☒ OTHER: Bloody nose, Abrasion Right Knee
- ☐ BOTH  ☐ LOWER LEG  ☐ CHEST  ☐ WRIST  ☐ EYE
- ☐ MULTIPLE  ☐ ANKLE  ☐ BACK  ☐ HAND  ☐ NOSE
- ☐ FOOT  ☐ NECK  ☐ THUMB  ☐ MOUTH

ON HILL: Board for load + go
AT FIRST AID STATION: Pediatric leg splint Right leg
I REFUSE FIRST AID: INJURED'S SIGNATURE (PARENT/GUARDIAN IF MINOR): ___

AT SCENE: Bud, Joe, Rich, Rob
TRANSPORTING: Ross
AT FIRST AID STATION: Bud, Judy, Ambulance

- ☒ PATROL/TOBOGGAN
- ☐ WALK-IN
- ☐ OTHER

- ☒ AMBULANCE
- ☐ CAR/BUS
- ☐ WALKING OUT

DESTINATION:
- ☐ HOME  ☐ LODGE
- ☐ RETURN SKIING
- ☒ MEDICAL FACILITY: Sharon

**SURFACE AT SCENE:**
- ☐ POWDER  ☐ CORN  ☐ VARIABLE
- ☒ PACKED POWDER  ☐ LOOSE GRANULAR
- ☐ FROZ GRAN/HARD PACKED  ☐ WET
- ☐ OTHER

**VISIBILITY:**
- ☐ CLEAR  ☐ SNOWING
- ☐ OVERCAST  ☐ RAINING
- ☐ FOG  ☐ SNOW BEING MADE NEAR SCENE

**TEMPERATURE:**
- ☐ BELOW 0
- ☒ 0-32
- ☐ ABOVE 32

**WIND:**
- ☐ CALM
- ☒ MODERATE
- ☐ HIGH

NAME: Liz Davis  PHONE: 860-435-9964
ADDRESS: 23 Westwick St  CITY: Lakeville  STATE: CT  ZIP: 06039

NAME: ___  PHONE: ___
ADDRESS: ___  CITY: ___  STATE: ___  ZIP: ___

SIGNATURE OF INDIVIDUAL COMPLETING REPORT: Judy Gard  DATE REPORT COMPLETED: 1/25/04
PRINT NAME: Judy Gartner

Rev. 9/03