UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CRAIG DAVIS, as parent and natural guardian of ANDREW DAVIS,<br>        Plaintiff,<br>-against-<br>CATAMOUNT DEVELOPMENT CORP.,<br>CATAMOUNT DEVELOPMENT CORP,<br>d/b/a CATAMOUNT SKI AREA,<br>        Defendants. | CIVIL ACTION<br>No. 05-30011-MAP |

**REPORT RE: MEDIATION**

Now come the attorneys for the respective parties and hereby report as follows:

1. The parties have completed their mediation of the case and reached a tentative settlement subject to approval of the Court (due to the age of the plaintiff.)

2. Plaintiff anticipates filing a motion for approval of settlement on or before May 4, 2007.

_____
Charles J. Ferris
500 Main Street
Great Barrington, MA 01230
413 528-8900
BBO # 565630

_____
William L. Keville, Jr.
Melick, Porter & Shea
28 State Street
Boston, MA 02109-1775
(617) 523-6200
BBO # 546525

SO ORDERED

_____
Michael Ponsor, USDJ

_____
Date