UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CRAIG DAVIS, as parent and natural guardian of ANDREW DAVIS,<br>                      Plaintiff,<br>-against-<br><br>CATAMOUNT DEVELOPMENT CORP.,<br>CATAMOUNT DEVELOPMENT CORP,<br>d/b/a CATAMOUNT SKI AREA,<br>                      Defendants. | CIVIL ACTION<br>No. 05-30011-MAP |

### REPORT RE: MEDIATION

Now come the attorneys for the respective parties and hereby report as follows:

1. The parties have completed their mediation of the case and reached a tentative settlement subject to approval of the Court (due to the age of the plaintiff.)

2. Plaintiff anticipates filing a motion for approval of settlement on or before May 4, 2007.

_/s/ Charles J. Ferris_
Charles J. Ferris
500 Main Street
Great Barrington, MA 01230
413 528-8900
BBO # 565630

_/s/ William L. Keville, Jr._
William L. Keville, Jr.
Melick, Porter & Shea
28 State Street
Boston, MA 02109-1775
(617) 523-6200
BBO # 546525

SO ORDERED
_/s/ Michael A. Ponsor_
Michael Ponsor, USDJ

April 18, 2007
Date