UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CRAIG DAVIS, as parent and natural guardian of ANDREW DAVIS, <br>                            Plaintiff, <br> -against- <br><br> CATAMOUNT DEVELOPMENT CORP., <br> CATAMOUNT DEVELOPMENT CORP, <br> d/b/a CATAMOUNT SKI AREA, <br>                            Defendants. | CIVIL ACTION <br> No. 05-30011-MAP |

## ASSENTED TO MOTION TO EXTEND PERIOD OF TIME TO PETITION FOR APPROVAL OF SETTLEMENT

Now comes the attorneys for the Plaintiff and hereby moves with the assent of the Defendant for an order extending the period for filing a motion for approval of settlement of minor's claim. In further support Plaintiff states:

1. Plaintiff anticipated filing a motion for approval of settlement on or before May 4, 2007, and requested permission to file by that date, which was granted.

2. Plaintiff has been unable to prepare a motion within the anticipated time due to the press of other business and the fact that Plaintiff's father has been away on business during a significant portion of the previous 2 weeks.

WHEREFORE Plaintiff requests an extension of 30 days to prepare and file a petition for approval of settlement pursuant to MGL chapter 231 section 140C 1/2.

_____
Charles L. Ferris, Attorney for Plaintiff
500 Main Street
Great Barrington, MA 01230
413 528-8900
BBO # 565630

Assented:  _____
William L. Keville, Jr.
Melick, Porter & Shea
28 State Street
Boston, MA 02109-1775
(617) 523-6200
BBO # 546525

SO ORDERED
_____
Michael Ponsor, USDJ

_____
Date  May 8, 2007

*Extended to June 11, 2007*