# UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CRAIG DAVIS, as parent and natural guardian of ANDREW DAVIS, <br> *Plaintiff* <br><br> V. <br><br> CATAMOUNT DEVELOPMENT CORP., <br> CATAMOUNT DEVELOPMENT CORP., <br> d/b/a CATAMOUNT SKI AREA, <br> *Defendant* | Case No: 3:05-CV-30011-MAP |

### SETTLEMENT ORDER OF DISMISSAL

The Court, having approved the plaintiff motion for settlement on 6/11/07 the above-entitled action has been settled.

IT IS HEREBY ORDERED that this action is DISMISSED without costs and without prejudice to the right, upon good cause shown within SIXTY (60) DAYS to reopen the action if settlement is not consummated by the parties.

DATED June 11, 2007

                               **SARAH A. THORNTON**
                               CLERK

                               BY: /s/ *Maurice G. Lindsay*
                               Maurice G. Lindsay
                               Deputy Clerk



DOCKETED

(52)