UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

FILED
CLERK'S OFFICE

2007 JUL 11  A 11: 08

U.S. DISTRICT COURT
DIST...

```
* * * * * * * * * * * * * * * * * * * * * * * *
CRAIG DAVIS, as parent and           *
natural guardian of                  *
ANDREW DAVIS,                        *
   Plaintiff,                        *
                                     *
vs.                                  *      CIVIL ACTION
                                     *      No. 05-30011-MAP
CATAMOUNT DEVELOPMENT CORP.,         *
CATAMOUNT DEVELOPMENT CORP.          *
d/b/a CATAMOUNT SKI AREA,            *
   Defendants.                       *
* * * * * * * * * * * * * * * * * * * * * * * *
```

## STIPULATION OF DISMISSAL

Pursuant to Mass. R. Civ. P. 41 (a)(1)(ii), the parties to this action hereby agree that all of the plaintiff's claims against the defendant be dismissed with prejudice, without costs, interest or attorneys' fees, and waiving all rights of appeal.

Plaintiff
By his attorney,

_____
Charles Ferris, Esq.
BBO #565630
500 Main Street
Great Barrington, MA 01230
(413) 528-8900

Defendant,
By its attorney,

_____
William L. Keville, Jr. BBO#546525
MELICK, PORTER & SHEA, LLP
28 State Street
Boston, MA 02109
(617) 523-6200

Dated: July 13, 2007

CERTIFICATE OF SERVICE

    I, William L. Keville, Jr., hereby certify that on this day, I forwarded notice of the foregoing document(s) by mailing a copy thereof, postage prepaid to the following:

        Charles Ferris, Esquire
        500 Main Street
        Great Barrington, MA 01230

        _____
        William L. Keville, Jr.

Date   July 13, 2007